**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| BRIAN METHE<br>6110 Elder Street<br>Cincinnati, Ohio 45227 | Case No. 1:17-cv-749 |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| AMAZON.COM.DEDC, LLC<br>535 Terry Avenue N<br>Seattle, Washington 98109 | |

**Also Serve:**

Corporation Service Company
50 West Broad Street, Suite 1330
Columbus, Ohio 43215

And

APPLE COMPUTER INC.
1 Infinite Loop
Cupertino, California 95014

**Also Serve:**

CT Corporation System
4400 Eastern Commons Way, Suite 125
Columbus, Ohio 43219

And

FRUIT OF THE LOOM LICENSING, INC.
1 Fruit of the Loom Drive
Bowling Green, KY 42103

**Also Serve:**

Corporation Service Company
421 West Main Street
Frankfort, KY 40601

02922587-2

And

WEBINTELLICS, INC.
1406 Waterford Road
Yardley, Pennsylvania 19067-5424

    **Also Serve:**

    Max Chernyshov
    1406 Waterford Road
    Yardley, Pennsylvania 19067-5424

And

RIPT APPAREL, LLC
1641 W Carroll Avenue
Chicago, Illinois 60612

    **Also Serve:**

    Paul A. Friemel
    746 N. Elizabeth 1
    Chicago, Illinois 60642

And

REDBUBBLE INC.
633 Howard Street
San Francisco, California 94105

    **Also Serve:**

    Corina N. Davis
    633 Howard Street
    San Francisco, California 94105

And

OOSHIRTS INC.
41454 Christy Street
Fremont, California 94538-5105

**Also Serve:**

Raymond Lei
10035 Byrne Avenue
Cupertino, California 95014

And

JOHN DOES Numbers 1 through 99

                    Defendants.

## INTRODUCTION

1.      This is a Complaint for injunctive relief and for civil damages. The Complaint herein states a claim for Copyright Infringement pursuant to 17 U.S.C. § 101 *et seq.* by and through Defendants' unlawful copying, reproduction, manufacture, distribution, sale and use of Plaintiff's copyrighted material in Defendants' products which they market and sell to the public.

## PARTIES

2.      Plaintiff Brian Methe is an individual and natural person who resides in Cincinnati, Hamilton County, Ohio.

3.      Defendant Amazon.com.dedc, LLC is a limited liability company organized under the laws of the State of Delaware and doing business in Hamilton County, Ohio.

4.      Defendant Apple Computer Inc. is a corporation incorporated in the State of California and doing business in Hamilton County, Ohio.

5.      Defendant Fruit of the Loom Licensing, Inc. is a corporation incorporated in the State of New York and doing business in Hamilton County, Ohio.

6.      Defendant Webintellics, Inc. is a corporation incorporated in the State of New Jersey and doing business in Hamilton County, Ohio.

7. Defendant RIPT Apparel, LLC is a limited liability company organized under the laws of the State of Iowa and doing business in Hamilton County, Ohio.

8. Defendant Redbubble Inc. is a corporation incorporated in the State of Delaware and doing business in Hamilton County, Ohio.

9. Defendant ooShirts Inc. is a corporation incorporated in the State of California and doing business in Hamilton County, Ohio under the name "teechip.com."

10. Defendants John Does Numbers 1 through 99 are fictitious names for Defendant persons or business entities which have reproduced, manufactured, imported, copied, distributed, displayed and sold the infringing goods, merchandise and materials which are the subject of the Complaint herein for or on behalf of the Defendants named at numerical paragraphs 3 through 9 above, or in concert or privity with them, including said Defendants' manufacturers, importers, exporters, distributors, exhibitors, and vendors, and for Defendant persons, including corporate officers, directors, managers, operators, representatives, and agents, or business entities having the right to supervise the infringing activities and a financial interest therein. The true identities of these Defendants are yet unknown to Plaintiff.

11. At all times relevant herein, Defendants were variously engaged in the business of manufacturing, publishing, marketing, promoting, distributing, displaying, and selling, among other things, goods, merchandise, and materials embodying and otherwise incorporating the infringing work which is the subject of this lawsuit.

## JURISDICTION AND VENUE

12. This Court has jurisdiction over this controversy pursuant to 28 U.S.C. § 1338 and 17 U.S.C. § 101 *et seq.* as the Complaint alleges a violation of federal Copyright Law.

13.     Venue in the Southern District of Ohio is proper under 28 U.S.C. § 1391(b)(2) and (3), because a substantial part of the events giving rise to the claim herein took place within the Southern District of Ohio, a fact sufficient to confer jurisdiction under Ohio's Long-Arm Statute, ORC 2307.382. Defendants transact business in Ohio and/or willfully infringed Plaintiff's copyright, knowing Plaintiff resided within Ohio.

## FACTUAL BACKGROUND

14.     At all times relevant herein, Plaintiff was variously engaged in the business of creating, manufacturing, marketing, distributing, and selling works of visual art.

15.     Prior to October 15, 2013, Plaintiff created an original pictorial and/or graphic work of authorship, titled "Duder of Thrones" which is a two dimensional work of visual art depicting a character resembling "The Dude" from "The Big Lebowski" sitting on a throne of bowling pins (Hereafter referred to as "Plaintiff's Work").

16.     A true and accurate copy of Plaintiff's Work is attached hereto as Exhibit "A."

17.     Plaintiff's Work was first published in or around October 15, 2013. Plaintiff published Plaintiff's Work in the larger work "Crazy 4 Cult: Cult Movie Art 2" (Hereafter referred to as "Plaintiff's Collection").

18.     Plaintiff's Work and Plaintiff's Collection have been available for sale and/or viewing on Plaintiff's website and other internet locations since October 15, 2013.

19.     Defendants have been copying, reproducing, manufacturing, importing, distributing, displaying, marketing and/or selling merchandise depicting substantially similar pictorial and/or graphic designs to the protected Plaintiff's Work referenced above, printouts of which are incorporated herein by reference as Exhibit "B." (The items in Exhibit "B" are referenced collectively herein as the "Infringing Merchandise.")

20.     Plaintiff has been and is the author and sole proprietor of all right, title, and interest, including copyright, in and to Plaintiff's Work.

21.     On August 12, 2016, Plaintiff registered his copyright of Plaintiff's Work and Plaintiff's Collection. The Registration number is VA 2-016-306. A copy of the Registration Certificate is attached hereto and incorporated herein by reference as Exhibit "C."

22.     Defendants individually, or by and through their agents, employees, and representative, with notice of Plaintiff's right, title, and interest in and to Plaintiff's Work, and without Plaintiff's authorization, have used Plaintiff's Work to manufacture, reproduce, copy, publish, display, distribute, transmit, sell, and otherwise market their Infringing Merchandise.

23.     Upon information and belief, Defendants willfully and deliberately infringed said Plaintiff's copyright by copying Plaintiff's Work, and manufacturing, reproducing, importing, publishing, displaying, distributing, transmitting, selling, or otherwise placing on the market Defendants' Infringing Merchandise and, thus, using Plaintiff's Work without authorization, all to Plaintiff's detriment.

24.     Upon information and belief, Defendants have manufactured, reproduced, imported, published, displayed, distributed, transmitted, marketed, promoted, and sold the Infringing Merchandise and will, unless restrained, continue to do so in the future.

25.     Defendants' infringement of Plaintiff's copyright has caused and will continue to cause immediate and irreparable harm to Plaintiff unless enjoined by this Court.

## **COUNT I: COPYRIGHT INFRINGEMENT**

26.     Plaintiff has been and is the sole proprietor of all right, title and interest in and to Plaintiff's Work.

27.     Plaintiff's Work is an original work of authorship, and Plaintiff has the exclusive right to reproduce, create derivative works, sell, and display Plaintiff's Work.

28.     Defendants individually, or by and through their agents, employees and representatives, with notice of Plaintiff's right, title and interest in and to Plaintiff's Work, and without Plaintiff's authorization, have manufactured, reproduced, created derivative works from, copied, published, displayed, distributed, transmitted, imported, exported, and sold Plaintiff's Work.

29.     The acts of Defendants constitute infringement of Plaintiff's registered copyright and exclusive right under copyright in violation of 17 USC § 106 and § 501.

30.     Plaintiff was injured as a result of Defendants' actions and suffered actual damages as a result of Defendants' actions.

31.     Upon information and belief, Defendants willfully and deliberately infringed Plaintiff's copyright by copying Plaintiff's Work, and manufacturing, reproducing, importing, publishing, displaying, distributing, transmitting, selling or otherwise placing on the market Defendants' Infringing Merchandise and, thus, using Plaintiff's Work without authorization, all to Plaintiff's detriment.

32.     Plaintiff was injured as a result of Defendants' actions and is entitled to statutory damages under 17 USC § 504(c)(1) at Plaintiff's election.

33.     Plaintiff was injured as a result of the Defendants' willful and deliberate actions and is therefore entitled to increased statutory damages under 17 USC § 504(c)(2).

34.     Plaintiff is further entitled to payment of attorney's fees and costs pursuant to 17 USC § 505.

35. Defendants' infringement of Plaintiff's copyright has caused and will continue to cause immediate and irreparable harm to Plaintiff unless enjoined by this Court.

## JURY DEMAND

36. Plaintiff hereby demands a trial by jury of all issues triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

A. A declaration from this Court that Defendants infringed Plaintiff's copyright;

B. A temporary restraining order and permanent injunction restraining Defendants, their agents, servants, employees, successors, assigns, and all others in concert or privity with them from infringing Plaintiff's Work, and from manufacturing, reproducing, importing, publishing, displaying, distributing, transmitting, selling, or otherwise placing on the market Defendants' Infringing Merchandise and, thus, using Plaintiff's copyrighted Work without authorization;

C. That Defendants be required to account to Plaintiff for Defendants' profits and the actual damages suffered by Plaintiff as a result of Defendants' infringement;

D. That Defendants be ordered to surrender to Plaintiff all property, tangible and intangible including, but not limited to all goods, merchandise and materials which infringe upon Plaintiff's copyrighted Works and all tooling, templates, patterns, or other means and media used by Defendants to copy, manufacture, reproduce, publish, display, distribute, transmit, market, promote, and sell Defendants' Infringing Merchandise;

E. That Plaintiff be awarded actual damages and profits or statutory damages against Defendants, subject to Plaintiff's election with respect thereto;

F.   That Defendants be compelled to pay Plaintiff's attorney fees and costs in connection with this action pursuant to 17 USC § 505;

G.   Leave to amend his Complaint to add additional parties as their identities are revealed; and

H.   For all other and further relief to which Plaintiff may otherwise be entitled.


Respectfully submitted,


/s/  Michael A. Galasso
Michael A. Galasso (0072470)
Robbins, Kelly, Patterson & Tucker, LPA
7 West Seventh Street, Suite 1400
Cincinnati, Ohio  45202-2417
(513) 721-3330 | (513) 721-5001 fax
*mgalasso@rkpt.com*

Pro Hac Vice Application forthcoming:

Laura E. Landenwich
Clay Daniel Walton and Adams PLC
101 Meidinger Tower
462 South Fourth Street
Louisville, Kentucky  40202
(502) 561-2005 | (502) 416-0768 fax
*laura@justiceky.com*

**Counsel for Plaintiffs**

**EXHIBIT A**



**EXHIBIT B**



Alex Pawlicki, *Game of Dudes Exclusive*, RIPT Apparel https://www.riptapparel.com/
collections/game-of-dudes-exclusive (last visited Feb. 20, 2017).



*Shirt The Big Lebowski Game of Thrones Brown*, SERISHIRTS.COM
https://www.serishirts.com/en/t-shirts-movies-tv-series-fans-cinema-movie/29176-shirt-the-big-lebowski-game-of-thrones-brown-3002917689956.html#/collar-classic/sleeve_serishirts-1_short/size-xs/sexe-man/print_on_the_back_too-no/embroidered-no/profits_from_this_sell_will_go_to-help_childrens/color-like_the_picture/packaging-classic_envelope (last visited Feb. 20, 2017).



Mohammed Safari, *Game of Dudes*, Redbubble https://www.redbubble.com/people/

mohammedsafari/works/16494473-game-of-dudes?p=t-shirt (last visited Feb. 27, 2017).

02922587-2

13



*Big Lebowski Film T-shirt THE DUDE*, STITCH DOG https://www.stitchdog.com/products/big-lebowski-film-t-shirt-the-dude (last visited Feb. 27, 2017).



Twe Terry, *Funny Lebowski Dude Game of Thrones Men Cotton T-shirt XXX-Large DeepHeather*, AMAZON FASHION https://www.amazon.com/Funny-Lebowski-Thrones-Cotton-T-shirt/dp/B01JVWRGW2 (last visited Feb. 27, 2017).



Doesitmakesound, *Dude of thrones*, SHIRTPOSTS http://www.shirtposts.com/t/no3kd4 (last visited Feb. 27, 2017).



Webintellics Inc. *Customized Galaxy S6 Case's Shop Hard Case With Fashion Design The Big Lebowski Samsung Galaxy S7 Edge phone Case 8011423ZG698780382S7E*, Ultimum Vitae http://ultimumvitae.com/Details/B01DZRKMHA/Customized-Galaxy-S6-Cases-Shop-Hard-Case-With-Fashion-Design-The-Big-Lebowski-Samsung-Galaxy-S7-Edg (last visited Feb. 27, 2017).



### Technical Details

- Hülle für iPhone 5 5S High Gloss Phone Cover Case Photo Quality - Full Wrap Design
- Durable & Lightweight The cases are not only visually stunning but are also highly practical and provide robust phone protection. Forged from high grade hard plastic, they are both durable and lightweight.
- Like what you see - We also have this design on a range of other covers in our store
- We Sell The Best Quality Phone Covers Available 3D Full Wrap Sides, High Gloss, Full Photo Quality Face Forged From High Grade Hard Plastic Slim-fit scratch resistant lightweight cases Patented photo print technology Provides robust phone protection This phone case is not a sticker or cheap metal printed insert

### Special Offers and Product Promotions

- Wir haben für Sie eine Liste mit Hersteller-Service-Informationen zusammengestellt,für den Fall, dass Probleme bei einem Produkt auftreten sollten, oder Sie weitere technische Informationen benötigen.

Want to recycle your electrical or electronic appliance for free? (Do it here.)

### Product details

**Manufacturer reference:** iPhone 5/5s

**ASIN:** B00QGIYZB0

**Date first available at Amazon.de:** 2 Dec 2014

**Average Customer Review:** Be the first to review this item

Would you like to **give feedback on images**?

### Customer Questions & Answers

| Have a question? Ask the owners here. | Ask the owners |

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

iPhone 5/5s, *Dude of Thrones Very Cool Big Legowski Poster iPhone 5/5S Hülle Cover Case*,

AMAZON https://www.amazon.de/thrones-lebowski-poster-iPhone-

H%C3%BClle/dp/B00QGIYZB0? language=en_GB (last visited Feb. 27, 2017).



7AM, *Apple Iphone Plus 5.5" Case-The Best 3d Full Wrap Iphone Case-Dude of Thrones Very*

*Cool Big Lebowski Poster*, AMAZON https://www.amazon.com/Apple-Iphone-Plus-5-5-

Case/dp/B00PU5G842/ref=sr_1_4?ie=UTF8&qid=1464104217&sr=8-4&keywords=

dude+of+thrones (last visited Feb. 27, 2017).



7AM, *Apple Iphone 6 4.7'' Case-The Best 3d Full Wrap Iphone Case-Dude of Thrones Very Cool Big Lebowski Poster*, AMAZON https://www.amazon.com/Apple-Iphone-4-7-Case-Lebowski/dp/B00PJJRK50/ref=sr_1_11?ie=UTF8&qid=1464104217&sr=8-11&keywords=dude+of+thrones (last visited Feb. 27, 2017).



*Limited Edition-Selling Out Fast!*, TEECHIP.COM https://teechip.com/gameofdudes#id=0&c=
131313&sid=fruit-of-the-loom-cotton-t&s=front (last visited Feb. 27, 2017).



*The Big Lebowski Game of Thrones iPhone 5/5s case*, CASE GORILLA http://www5.casegorilla. com/pf_landing.asp?prod=B00H4ERC74&gclid=COuku9r4rdECFYK6wAodh3sIBA (last visited Feb. 28, 2017).



The Big Lebowski Game of Thrones iPhone 5c case



  



*The Big Lebowski Game of Thrones iPhone 5c case*, CASE GORILLA http://www5.casegorilla.com/pf_landing.asp?prod=B00IMNH7L2&gclid=CLX71O34rdECFQm1wAodvvkDHg (last visited Feb. 28, 2017).



*Funny Lebowski Dude Game Of Thrones Zipper PU Leather Coin Wallet Purse Card Holder Party Mini Handbag*, AMAZON https://www.amazon.com/Lebowski-Thrones-Zipper-Leather-Handbag/dp/B01MXI3XA9/ref=sr_1_7?ie=UTF8&qid=1483720579&sr=8-7&keywords=dude+of+thrones (last visited Feb. 28, 2017).



Leonard Pokryfke, O-Lemay, & Oliver Bonner, *Funny Lebowski Dude Game Of Thrones Zipper PU Leather Coin Wallet Purse Card Holder Party Mini Handbag*, AMAZON https://www. amazon.com/gp/offer-listing/B01MXI3XA9/ref=dp_olp_0?ie=UTF8&condition=all&qid= 1483720579&sr=8-7 (last visited Feb. 28, 2017).



Black5Friday, *Funny Lebowski Dude Game of Thrones Canvas Zipper Pouch Pencil Case, Make Up Bag, Cell Phone Bag, Travel Toiletry Organizing*, Amazon https://www.amazon.com/ Lebowski-Thrones-Canvas-Toiletry-Organizing/dp/B01N02E9MB/ref=sr_1_8?ie= UTF8&qid=1483720579&sr=8-8&keywords=dude+of+thrones (last visited March 2, 2017).



Angel In Cloudy, *Funny Lebowski Dude Game Of Thrones Outdoor Sports Armband Arm Package Bag Cell Phone Bag Key Holder For Iphone 6/6s/7/7p Black*, AMAZON https://www.amazon.com/Lebowski-Thrones-Outdoor-Armband-RoyalBlue/dp/B01MG1UW87/ ref=sr_1_19?ie=UTF8&qid=1483720579&sr=8-19&keywords=dude+of+thrones (last visited March 2, 2017).



Twe Terry, *Funny Lebowski Dude Game of Thrones Men Cotton T-shirt*, AMAZON FASHION

https://www.amazon.com/Lebowski-Thrones-T-shirt-X-Large-DeepHeather/dp/

B01JVWRIXY/ref=sr_1_27?ie=UTF8&qid=1483720623&sr=8-27&keywords=

dude+of+thrones (last visited March 2, 2017).



Nicole Martinez, *Funny Lebowski Dude Game of Thrones Men Cotton T-shirt X-Large DeepHeather*, AMAZON FASHION https://www.amazon.com/gp/offer-listing/B01JVWRIXY/ref=dp_olp_0?ie=UTF8&condition=all&qid=1483720623&sr=8-27 (last visited March 2, 2017).







Angel In Cloudy, *Funny Lebowski Dude Game Of Thrones Outdoor Sports Armband Arm Package Bag Cell Phone Bag Key Holder For Iphone 6/6s/7/7p Black*, AMAZON SPORTS & OUTDOORS https://www.amazon.com/Lebowski-Thrones-Outdoor-Armband-Package/dp/B01MFASBFB/ref=sr_1_30?ie=UTF8&qid=1483720623&sr=8-30&keywords=dude+of+thrones (last visited March 2, 2017).



Angela Norsworthy, Christina Sobol, & Emily Wilcoxson, *Funny Lebowski Dude Game of Thrones Outdoor Sports Armband Arm Package Bag Cell Phone Bag Key Holder For Iphone 6/6s/7/7p One Size Pink*, AMAZON SPORTS AND OUTDOORS https://www.amazon.com/gp/offer-listing/B01MFASBFB/ref=dp_olp_0?ie=UTF8&condition=all&qid=1483720623&sr=8-30 (last visited March 2, 2017).



Ahappylife, *Funny Lebowski Dude Game Of Thrones Men's Hoodie Zip Sweatshirt With Pocket Large*, AMAZON FASHION https://www.amazon.com/Lebowski-Thrones-Hoodie-Sweatshirt-Pocket/dp/B01NBB9SJI/ref=sr_1_36?ie=UTF8&qid=1483720623&sr=8-36&keywords=dude+of+thrones (last visited March 13, 2017).

Sports & Outdoors › Fan Shop › Cell Phone Accessories








Roll over image to zoom in

Angel In Cloudy

Funny Lebowski Dude Game Of Thrones Outdoor Sports Armband Arm Package Bag Cell Phone Bag Key Holder For Iphone 6/6s/7/7p Black

Be the first to review this item

Available from these sellers.

Color: **Black**

   

Size: **One Size**

- Made Of High-Grade 100% Polyester Fiber
- Height:18cm,Width:9cm Thickness:5cm
- HIGH QUALITY Concealed Double Zippers, Fashionable, Safe, Sturdy, Also Suit For Using Earphones.
- Arm Package Bag Cell Phone Bag Key Holder For Iphone 6 6s Plus 5s 5c Se Samsung Galaxy Note 5 4 3
- It Will Cost 7-11 Working Days To Delivery.

**New** (7) from $12.70 & FREE shipping.

☐ Report incorrect product information.

Angel in Cloudy, *Funny Lebowski Dude Game Of Thrones Outdoor Sports Armband Arm Package Bag Cell Phone Bag Key Holder For Iphone 6/6s/7/7/0 Black*, AMAZON SPORTS & OUTDOORS https://www.amazon.com/Lebowski-Thrones-Outdoor-Armband-Package/dp/B01MDPDZCZ/ref=sr_1_39?ie=UTF8&qid=1483720623&sr=8-39&keywords=dude+of+thrones (last visited March 13, 2017).



Funny Lebowski Dude Game Of Thrones Outdoor Sports Armband Arm Package Bag Cell Phone Bag Key Holder For Iphone 6/6s/7/7p One Size Black
by Angel In Cloudy

Be the first to review this item     |     Share

Color: **Black**

Lowest offer for each

Size: **One Size**

One Size     Lowest offer for each

**Refine by** Clear all

**Shipping**
☐ Free shipping

**Condition**
☐ New

| Price + S... ⇅ | Condition (Learn more) | Delivery | Seller Information | Buying Options |
|---|---|---|---|---|
| **$12.70** & FREE Shipping + $0.00 estimated tax | **New** | • **Arrives between** April 11-24.  • Ships from United Kingdom. Learn more about import fees and international shipping time.  • Shipping rates and return policy. | **kristan jones** Just Launched (Seller Profile) | Add to ca or Buy with Ship to: Add an add ▾ |
| **$17.59** & FREE Shipping + $0.00 estimated tax | **New** | • **Arrives between** March 22-28.  • Ships from CA, United States.  • Shipping rates and return policy. | **allan ackerman** Just Launched (Seller Profile) | Add to ca or Buy with Ship to: Add an add ▾ |



Kristan Jones et al., *Funny Lebowski Dude Game Of Thrones Outdoor Sports Armband Arm Package Bag Cell Phone Bag Key Holder For Iphone 6/6s/7/7p One Size Black*, Amazon Sports & Outdoors https://www.amazon.com/gp/offer-listing/B01MDPDZCZ/ref=dp_olp_0? ie=UTF8&condition=all&qid=1483720623&sr=8-39 (last visited March 13, 2017).



Ababybod, *Funny Lebowski Dude Game Of Thrones Youth Pullover Hood Fleece Crew Sweatshirt SweatshirtLarge*, AMAZON FASHION https://www.amazon.com/Lebowski-Thrones-Pullover-Sweatshirt-SweatshirtLarge/dp/B01NA9WMLK/ref=sr_1_43?ie=UTF8&qid=1483720678&sr=8-43&keywords=dude+of+thrones (last visited Mar. 13, 2017).



Ahunter, *Unisex Funny Lebowski Dude Game Of Thrones Stainless Auto Travel Mug White*,

AMAZON KITCHEN & DINING https://www.amazon.com/Unisex-Lebowski-Thrones-Stainless-

Travel/dp/B01N67I3LF/ref=sr_1_47?ie=UTF8&qid=1483720696&sr=8-47&keywords=

dude+of+thrones (last visited Mar. 13, 2017).



AquiteNight, *Funny Lebowski Dude Game Of Thrones Women's Round Neck Long Sweatshirt Large*, AMAZON FASHION https://www.amazon.com/Funny-Lebowski-Thrones-Womens-Sweatshirt/dp/B01N99JSAC/ref=sr_1_50?ie=UTF8&qid=1483720696&sr=8-50&keywords=dude+of+thrones (last visited Mar. 13, 2017).



JF Home, *JFD Funny Lebowski Dude Game Of Thrones Ceramic Coaster Diameter 4.33 Inch*, AMAZON KITCHEN & DINING https://www.amazon.com/Lebowski-Thrones-Ceramic-Coaster-Diameter/dp/B01LQCIGEW/ref=sr_1_54?ie=UTF8&qid=1483720696&sr=8-54&keywords=dude+of+thrones (last visited Mar. 13, 2017).



Voimmua T00T & jobs stores, *JFD Funny Lebowski Dude Game Of Thrones Ceramic Coaster Diameter 4.33 Inch*, Amazon Kitchen & Dining https://www.amazon.com/gp/offer-listing/B01LQCIGEW/ref=dp_olp_0?ie=UTF8&condition=all&qid=1483720696&sr=8-54 (last visited Mar. 13, 2017).



Babybay Y, *Funny Lebowski Dude Game Of Thrones Stand-up Collar Zipper Jacket Sweatshirt*, AMAZON FASHION https://www.amazon.com/Lebowski-Thrones-Stand-up-Collar-Sweatshirt/dp/B01N461ZOR/ref=sr_1_56?ie=UTF8&qid=1483720696&sr=8-56&keywords=dude+of+thrones (last visited Mar. 13, 2017).





Black5Friday, *Funny Lebowski Dude Game of Thrones Women's Water Resistant Canvas Shoulder Bag*, AMAZON SPORTS & OUTDOORS https://www.amazon.com/Lebowski-Thrones-Womens-Resistant-Shoulder/dp/B01N06I3EY/ref=sr_1_61?ie=UTF8&qid=1483720732&sr=8-61&keywords=dude+of+thrones (last visited Mar. 13, 2017).



Black5Friday, *Funny Lebowski Dude Game Of Thrones Zipper PU Leather Coin Wallet Purse Card Holder Party Clutches Handbag*, AMAZON SPORTS & OUTDOORS https://www.amazon.com/Lebowski-Thrones-Leather-Clutches-Handbag/dp/B01N02EH41/ ref=sr_1_66?ie=UTF8&qid=1483720732&sr=8-66&keywords=dude+of+thrones (last visited Mar. 13, 2017).



Black5Friday, *Funny Lebowski Dude Game Of Thrones Backpack For School Travel Fits Up To Ipad Casual*, Amazon Sports & Outdoors https://www.amazon.com/Lebowski-Thrones-Backpack-School-Travel/dp/B01MXKDAXS/ref=sr_1_72?ie=UTF8&qid=1483720732&sr=8-72&keywords=dude+of+thrones (last visited Mar. 13, 2017).



Angel In Cloudy, *Funny Lebowski Dude Game Of Thrones Waterproof Large Tote Shoulder Bag Shopping Beach Shoulder Handbags Purse Black*, AMAZON SPORTS & OUTDOORS https://www.amazon.com/Lebowski-Waterproof-Shoulder-Shopping-Handbags/dp/ /ref=sr_1_75?ie=UTF8&qid=1483720732&sr=8-75&keywords=dude+of+thrones (last visited Mar. 13, 2017).



Kristan Jones & jobs stores, *Funny Lebowski Dude Game Of Thrones Waterproof Large Tote Shoulder Bag Shopping Beach Shoulder Handbags Purse One Size Black*, Amazon Sports & Outdoors https://www.amazon.com/gp/offer-listing/B01M7SZNAA/ref=dp_olp_0?ie= UTF8&condition=all&qid=1483720732&sr=8-75 (last visited Mar. 13, 2017).



Black5Friday, *Funny Lebowski Dude Game Of Thrones Canvas Beam Port Drawstring Sports Basketball Shoulders Backpack Bags*, AMAZON SPORTS & OUTDOORS

https://www.amazon.com/Lebowski-Drawstring-Basketball-Shoulders-Backpack/dp/

B01MXHZQZY/ref=sr_1_143?ie=UTF8&qid=1483720813&sr=8-143&keywords=

dude+of+thrones (last visited Mar. 13, 2017).



Black5Friday, *Funny Lebowski Dude Game Of Thrones Sports Unbalance Backpack Sling Bag For Men Canvas Chest Pack/Hiking Bag*, AMAZON SPORTS & OUTDOORS https://www.amazon.com/Lebowski-Thrones-Sports-Unbalance-Backpack/dp/B01MSIZC8P/ ref=sr_1_146?ie=UTF8&qid=1483720813&sr=8-146&keywords=dude+of+thrones (last visited Mar. 13, 2017).

**EXHIBIT C**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

Registration Number

**VA 2-016-306**

**Effective Date of Registration:**
August 12, 2016

### Title

| | |
|---|---|
| **Title of Work:** | Duder of Thrones |
| **Title of Larger Work:** | Crazy 4 Cult: Cult Movie Art 2 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | October 15, 2013 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 1781167516 |

### Author

| | |
|---|---|
| **Author:** | Brian J Methe |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1975 |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Brian J Methe |
| | 6110 Elder Street, 6110 Elder Street, Cincinnati, OH, 45227, United States |

### Rights and Permissions

| | |
|---|---|
| **Name:** | Brian Jason Methe |
| **Telephone:** | (614)746-7696 |
| **Alt. Telephone:** | (614)746-7696 |
| **Address:** | 6110 Elder Street |
| | Cincinnati, OH 45227 United States |

### Certification

| | |
|---|---|
| **Name:** | Brian J Methe |

Page 1 of 2